**Order entered November 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01187-CR
No. 05-12-01189-CR

**VANCE LEMORRIS THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause Nos. F10-42399-Y and F10-42400-Y**

## ORDER

On June 6, 2013, we ordered the Dallas County District Clerk to prepare and file supplemental clerk's records containing a detailed itemization of the costs assessed in these cases, including but not limited to, specific court costs, fees, and court appointed attorney fees. The Dallas County Clerk subsequently filed supplemental records. However, the itemization of costs included in the supplemental records does not comply with the Texas Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. ANN. arts. 103.001, 103.006 (West 2006).

Accordingly, we **ORDER** the Dallas County District Clerk to file, within ten days of the date of this order, second supplemental clerk's records that contain a detailed itemization of the costs assessed in these cases that comply with article 103.001 and 103.006 of the Texas Code of

Criminal Procedure. *See id.* arts. 103.001 ("A cost is not payable by the person charged with the cost until a written bill is produced or is ready to be produced, containing the items of cost, **signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost**.") (emphasis added), 103.006 ("if a criminal action or proceeding . . . is appealed, an officer of the court **shall certify and sign** a bill of costs that have accrued and send the bill to the court in which the action or proceeding is . . . appealed) (emphasis added).

.

/s/     LANA MYERS
         JUSTICE